**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:15-CV-80392-ROSENBERG/BRANNON**

Helene Hutt, Derivatively on Behalf of
OCWEN FINANCIAL CORPORATION,

      Plaintiff,

v.

WILLIAM C. ERBEY, RONALD M. FARIS,
RONALD J. KORN, WILLIAM H. LACY,
BARRY N. WISH, ROBERT A. SALCETTI,
WILBUR L. ROSS, and JOHN V. BRITTI,

      Defendants,

and

OCWEN FINANCIAL CORPORATION, a
Florida Corporation,

      Nominal Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

This cause is before the Court *sua sponte*. The Court has been informed that the Parties have reached a settlement agreement and/or the case has been dismissed. Having been informed that the parties are in agreement and have resolved all disputes, it is hereby

      **ORDERED AND ADJUDGED:**

1.     This case is **ADMINISTRATIVELY CLOSED** and the Clerk of the Court is instructed to **CLOSE THIS CASE**.

2.     All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

      **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 27th day of March, 2015.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record